UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 2:24-PO-00060 |
| | MAGISTRATE JUDGE JOLSON |
| Torry Ricketts, | |
| Defendant. | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **Dismissed**.

s/Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

8/12/2025
**DATE**